NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1351

CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,

Plaintiff-Appellant,

v.

WORLDPORT COMMUNICATIONS, INC.,
INTERCONTINENTAL EXCHANGE, INC.,
WORLDPORT/ICX, INC., and MILITEL,

Defendants,

and

TELENATIONAL CORPORATION,

Defendant-Appellee.

John P. Sutton, of San Francisco, California, for plaintiff-appellant.

Robert L. Esensten, Wasserman, Comden & Casselman LLP, of Tarzana, California, for defendant-appellee.

Appealed from: United States District Court for the Northern District of California

Judge Ronald M. Whyte

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1351

CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,

Plaintiff-Appellant,

v.

WORLDPORT COMMUNICATIONS, INC.,
INTERCONTINENTAL EXCHANGE, INC.,
WORLDPORT/ICX, INC., and MILITEL,

Defendants,

and

TELENATIONAL CORPORATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the        United States District Court for the Northern District of California

in CASE NO(S).        02-CV-00144

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 15, 2008          / s / Jan Horbaly
                                    Jan Horbaly, Clerk